

_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | * |
| | * |
| RDA, INC. | *   Ch. 7 Case No. 10-24582-PM |
| | * |
| Debtor | * |
| | * |

## MEMORANDUM ON TRUSTEE'S MOTION
## TO SELL TRADEMARKS, REGISTRATION AND GOODWILL

The Trustee having filed a Motion To Sell Trademarks, Registration and Goodwill to SABMD, LLC for $2,500.00 (the "Sale Motion"); Manhattan Imported Cars, Inc., a creditor of the Debtor, having filed an objection expressing its desire to submit a higher offer for the same assets; it is by the United States Bankruptcy Court for the District of Maryland hereby

ORDERED that sealed bids for the assets shall be submitted on or before October 20, 2011, and it is

FURTHER ORDERED that the October 3, 2011 hearing on the Sale Motion is canceled pending review of submissions.

Cc:   All Interested Parties

**END OF ORDER**