SO ORDERED



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   **Case No.:   10–24582 – PM     Chapter:   7**

RDA, Inc.
1890 Preston White Drive
Suite 300                                      Deficient Pleading No. – 133
Reston, VA 20191
                                               Motion to Withdraw Unclaimed Funds
                                               from Court Registry

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

   Notice having been given of a deficient filing filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

   ORDERED, that the above–referenced filing is stricken from the official record of the instant case.

cc:   Debtor(s)
      Attorney(s) for Debtor(s) – Steven H. Greenfeld
      Interested Party – Factor Support Network Pharmacy, Inc. c/o Roetzel & Andress, LPA, 350 East Las Olas
      Blvd., Suite 1150, Ft. Lauderdale, FL 33301
      Case Trustee – Cheryl E. Rose
      U.S. Trustee

## End of Order

14.1 (02/02/2006) – *csofinowski*