```
                          United States Bankruptcy Court
                               District of Maryland
In re:                                                          Case No. 10-24582-pm
RDA, Inc.                                                       Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0416-0         User: csofinows            Page 1 of 1           Date Rcvd: Nov 23, 2015
                             Form ID: pdfparty          Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2015.
db           +RDA, Inc.,   1890 Preston White Drive,    Suite 300,   Reston, VA 20191-5430
cr           +Factor Support Network Pharmacy, Inc.,   3300 Corporate Avenue,   Suite 104,
               Weston, FL 33331-3504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              +E-mail/Text: lheyer@ralaw.com Nov 23 2015 20:23:11      Factor Support Network Pharmacy, Inc.,
               c/o Roetzel & Andress, LPA,   350 East Las Olas Blvd., Suite 1150,
               Ft. Lauderdale, FL 33301-4254
              +E-mail/Text: ustpregion04.gb.ecf@usdoj.gov Nov 23 2015 20:23:36      Office of the US Trustee,
               6305 Ivy Lane, Ste. 600,   Greenbelt, MD 20770-6305
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2015 at the address(es) listed below:
            Alexander M. Laughlin    alex.laughlin@ofplaw.com, alex.laughlin@ofplaw.com
            Cheryl E. Rose    trusteerose@aol.com, crose@ecf.epiqsystems.com
            Gerard R. Vetter    gerard.r.vetter@usdoj.gov
            John P. Van Beek    jvanbeek@goldmanvanbeek.com, meken@goldmanvanbeek.com,
             hcurrier@goldmanvanbeek.com
            Robert S. Glushakow    rsglush@nolanplumhoff.com
            Steven H. Greenfeld    steveng@cohenbaldinger.com, jordan@cohenbaldinger.com
            US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
                                                                                              TOTAL: 7
```

Signed: November 23, 2015

SO ORDERED



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.:  10−24582 − PM    Chapter:  7

RDA, Inc.
1890 Preston White Drive
Suite 300
Reston, VA 20191

Deficient Pleading No. − 133

Motion to Withdraw Unclaimed Funds
from Court Registry

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

   Notice having been given of a deficient filing filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

   ORDERED, that the above−referenced filing is stricken from the official record of the instant case.

cc:    Debtor(s)
       Attorney(s) for Debtor(s) − Steven H. Greenfeld
       Interested Party − Factor Support Network Pharmacy, Inc. c/o Roetzel & Andress, LPA, 350 East Las Olas
       Blvd., Suite 1150, Ft. Lauderdale, FL 33301
       Case Trustee − Cheryl E. Rose
       U.S. Trustee

### End of Order

14.1 (02/02/2006) − *csofinowski*